[No. 50428-2-I.   Division One.   August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JAMES HILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09360-2, Steven G. Scott, J., entered May 8, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50492-4-I.   Division One.   August 18, 2003.]

ROSE ANTONIUS, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-32349-2, Glenna Hall, J., entered April 19, 2003. *Reversed* by unpublished opinion per Becker, C.J., concurred in by Agid and Cox, JJ.

[No. 50634-0-I.   Division One.   August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIRAHMAN ALI WARSAME, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01704-3, Brian D. Gain, J., entered June 18, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50640-4-I.   Division One.   August 18, 2003.]

*In the Matter of the Marriage of* DUANE V. MCCORMICK, *Respondent*, and LISA JO MCCORMICK, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-3-01040-2, Patricia H. Clark, J., entered May 23 and June 5, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Kennedy and Agid, JJ.